01-15-00857-CR

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

October 7, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/12/2015 8:45:22 AM

CHRISTOPHER A. PRINE
Clerk

MANDY MILLER
ATTORNEY OF RECORD
2910 COMMERCIAL CENTER BLVD #103-201
KTY, TX 77494

Defendant's Name:  JUSTIN DAREN BUXTON

Cause No: 1482081

Court: 228TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause·

**Notice of Appeal Filed Date:** 10/1/15
**Sentence Imposed Date:** 10/1/15
**Court of Appeals Assignment: First  Court of Appeals**
**Appeal Attorney of Record:** MANDY MILLER

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC:  Devon Anderson
      District Attorney
      Appellate Division
      Harris County, Texas

      JULIE JOHNSON (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1482081

## THE STATE OF TEXAS

JUSTIN DAREN PAXTON A/K/A/ _____

v.

228th ⃝District Court / ~~County Criminal Court at Law No.~~ _____

Harris County, Texas

### NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On **OCT - 1 2015** _____ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

- ☒ MOVES to withdraw
- ☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

**OCT - 1 2015**
_____
Date

X _Justin Buxton_
Defendant (Printed name)

**FILED**
Chris Daniel
District Clerk

OCT - 1 2015

Time: _____
Harris County, Texas
By _____
Deputy

X _Craig Still_
Attorney (Signature)

_Craig Still_
Attorney (Printed name)

_24033236_
State Bar Number

_1201 Franklin, 13th Fl,_   _Houston, TX 77002_
Address

~~713~~ - 713-368-0016
Telephone Number

The defendant (check all that apply):

- ☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

- ☒ ASKS the Court to ORDER that a free record be provided to him

- ☐ ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

X _____
Defendant (Signature)

X _Justin Buxton_
Defendant's Printed name

SWORN TO AND SUBSCRIBED BEFORE ME ON **OCT - 1 2015** _____

By Deputy District Clerk of Harris County. Texas _____

# ORDER

On **OCT – 1 2015** _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time

☑ **IS** indigent for the purpose of

    ☑ employing counsel

    ☑ paying for a clerk's and court reporter's record

    ☐ employing counsel and/or paying for a clerk's and court reporter's record

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED / ~~DENIED~~**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ Attorney _____
    Bar Card Number_____ SPN Number _____
    is **APPOINTED** to represent defendant / appellant on appeal

    ☐ Harris County Public Defender's Office (HCPD) is **APPOINTED** to represent
    defendant/appellant on appeal
    Assistant Public Defender Assigned by HCPD _____
    Bar Card Number_____ SPN Number _____

☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to
defendant / appellant

**BAIL IS**

☐ **SET** at $_____

☐ **TO CONTINUE** as presently set

☑ **DENIED** and is **SET** at **NO BOND** (Felony Only)

**DATE SIGNED** _____ **OCT – 1 2015** _____

**JUDGE PRESIDING,**
**DISTRICT COURT /**
~~**COUNTY CRIMINAL COURT AT LAW NO**~~ ____,
**HARRIS COUNTY, TEXAS**

Cause No. _____

# THE STATE OF TEXAS
## V.
_____ , A/K/A/ _____

_____ **District Court / County Criminal Court at Law No.** _____

**Harris County, Texas**

### OATH OF APPOINTED ATTORNEY ON APPEAL

I, _____ , Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal   If I am not able to perform my duties as appellate counsel, I will notify the Court immediately so that the Court may take the appropriate action as deemed necessary

_____          _____
Attorney-at-Law (Signature)                    BAR Number / SPN

_____          _____
Address                                        City / State / Zip

_____          _____
Phone                                          FAX

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

 

Cause No. 1482081

THE STATE OF TEXAS

IN THE 228 DISTRICT COURT

v.

~~COUNTY CRIMINAL COURT AT LAW~~ No. ____

Justin Aaren Traxler, Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

_____
Judge

OCT - 1 2015
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

X _____
Defendant

X _____
Defendant's Counsel

Mailing Address: _____

State Bar of Texas ID number: 24033236

Telephone number: _____

Mailing Address: 1201 Franklin, 13th Fl

Fax number (if any): _____

Telephone number: 713-368-0016

**FILED**
Chris Daniel
District Clerk

Fax number (if any): 713-437-8594

* "A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant-a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# PAUPER'S OATH ON APPEAL

CAUSE NO.: _148208l_

THE STATE OF TEXAS

VS.

_Justin Darren Buxton_

OFFENSE: _CONTINUE SEX AB/CHILD_

_228th_ DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES _Justin Darren Buxton_, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.
☐ Asks the court to order that a free record be provided to him.

_____
DEFENDANT

SUBSCRIBED AND SWORN to before me, this _1st_ day of _October_, A.D., 20_15_.

_____
DEPUTY DISTRICT CLERK
_228th_ DISTRICT COURT
HARRIS COUNTY, TEXAS

FILED
Chris Daniel
District Clerk

OCT - 1 2015

Time:_____
Harris County, Texas
By_____
Deputy

## ORDER

On _10-2-15_ the court conducted a hearing and found that the defendant is indigent.

☒ The court orders that _Mandy Miller_ is appointed to represent defendant/appellant on appeal.

☒ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _Julie Johnson_, by certified mail return receipt requested.

_____
JUDGE PRESIDING
_228th_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _Mandy Miller_, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_Mandy Miller_
ATTORNEY (SIGNATURE)

_24055561_
BAR/SPN NUMBER

_2910 Commercial Center Blvd #103-201_
ADDRESS

_Katy TX 77494_
CITY    STATE    ZIP

_832-900-9884_
PHONE

_877-904-6846_
FAX NUMBER

_Mandy@mandymillerlegal.com_
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON _100215_.

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK

1st

# APPEAL CARD

11-30-15

Court 228TH

Cause No. 1482081

The State of Texas

Vs

JUSTIN DAREN BENTON

Date Notice Of Appeal: OCT - 1 2015     10-1-5

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding MIKE WILKINSON

Court Reporter JULIE JOHNSON

Court Reporter_____

Court Reporter_____

Attorney on Trial JOHN CRAIG STILL

Attorney on Appeal_____

Appointed_____ Hired_____

Offense CONTINUE SEX AB/CHILD

Jury Trial:     Yes ✓     No_____

Punishment Assessed_____

Companion Cases (If Known) _____

Amount of Appeal Bond_____

Appellant Confined:     Yes ✓     No_____

Date Submitted To Appeal Section OCT - 1 2015

Deputy Clerk_____

22/997